**UNITED STATES DISTRICT COURT**
      **FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* JOSEPH E. NAGY,<br><br>          Plaintiff,<br><br>  v.<br><br>LISLE PATTON, *et al.*,<br><br>          Defendants. | MISC. ACTION<br><br>No. 11-267 |

## ORDER

**AND NOW**, this 21st day of May, 2012, for the reasons stated in the accompanying Memorandum, it is hereby **ORDERED** as follows:

(1)    the plaintiff's November 14, 2011, Verified Criminal Complaint (Docket No. 1) is **DISMISSED without prejudice**;

(2)    the plaintiff's December 1, 2011, motion for a temporary restraining order (Docket No. 2) is **DENIED as moot**; and,

(3)    the plaintiff's December 12, 2011, motion for leave to amend the Verified Criminal Complaint (Docket No. 3) is **DENIED as moot**.

                              BY THE COURT:


                              S/Gene E.K. Pratter
                              Gene E.K. Pratter
                              United States District Judge